Donald L. COLLINS and Hannah Case Snellgrove Collins, Plaintiffs-Appellants,

v.

AMOCO PRODUCTION COMPANY, American Oil Company, et al., Defendants-Appellees.

No. 83–7204.

United States Court of Appeals, Eleventh Circuit.

June 6, 1983.

---

* Honorable Irving L. Goldberg, U.S. Circuit Judge for the Fifth Circuit, sitting by designation.

Donald L. Collins, pro se.

Lyons, Pipes & Cook, Mobile, Ala., J.P. Courtney, III, Roger C. Suttle, Inzer, Suttle, Swann & Stivender, Gadsden, Ala., for defendants-appellees.

Before GODBOLD, Chief Judge, JOHNSON and CLARK, Circuit Judges.

BY THE COURT:

This is an attempt by plaintiffs to appeal from an order denying their motion to disqualify opposing counsel in a civil case.

In 1981 the Supreme Court settled a conflict between the circuits by deciding that an order denying a disqualification motion is not appealable as a final decision within 28 U.S.C. Sec. 1291. *Firestone Tire & Rubber Co. v. Risjord,* 449 U.S. 368, 101 S.Ct. 669, 66 L.Ed.2d 571 (1981). In view of this decisive Supreme Court authority the effort to appeal is palpably frivolous.

The appeal is DISMISSED. The trial court is directed to assess damages to the appellee caused by the appeal, to include a reasonable attorney's fee. Appellee is also awarded double costs. FRAP 38.